**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**



| | | |
|---|---|---|
| MARK JOHNS AND DEBORA L. JOHNS, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| V. | ) | C/A NO. 0:05CV232-22- JFA |
| | ) | |
| EMERGENCY DEBT RELIEF, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**CONSENT ORDER FOR DISCOVERY OF RECORDS FROM CONSUMER**
**CREDIT REPORTING AGENCIES**

THIS MATTER is before the Court on motion of Defendant Emergency Debt Relief, Inc.

("Defendant") for an Order of the Court, in compliance with the provisions of the Fair Credit

Reporting Act, 15 U.S.C. § 1681b, ordering Experian Information Solutions, Inc., Equifax Credit

Information Services, and TransUnion, LLC (collectively, the "Consumer Credit Reporting

Agencies") each to produce (1) full credit reports for Plaintiffs Mark Johns and Debora L. Johns

("Plaintiffs"), and (2) all records of any communications with Defendant concerning Plaintiffs,

as requested in the subpoenas.

IT APPEARING to the Court that Plaintiffs allege Defendant violated the Credit Repair

Organizations Act, 15 U.S.C. §§ 1679(a) to (j), which Defendant denies, and that to further

develop its defenses, Defendant seeks to review full credit reports of Plaintiffs and all records of

communications with Defendant concerning Plaintiffs that the Consumer Credit Reporting

Agencies maintain;

IT FURTHER APPEARING that Plaintiffs, through the signature of their counsel below,

have consented to the production of their credit reports and all records of communications with

Defendant concerning Plaintiffs that the Consumer Credit Reporting Agencies maintain;

1

IT IS HEREBY ORDERED that Experian Information Solutions, Inc., Equifax Credit Information Services, and TransUnion, LLC shall comply with the Subpoenas and produce the information and documents requested in the Subpoenas to Defendant's counsel at the address provided in the Subpoenas and that Defendant shall send copies of all information and documents received to Plaintiffs' counsel within five business days of receipt.

AND IT IS SO ORDERED.

April 27 2005

The Honorable Joseph F. Anderson, Jr.
United States District Court, District of South Carolina

WE HAVE SO MOVED:

s/ A. Parker Barnes III
James Y. Becker
A. Parker Barnes III

HAYNSWORTH SINKLER BOYD, P.A.
1201 Main Street, 22nd Floor (29201-3232)
Post Office Box 11889
Columbia, South Carolina 29211-1889
(803) 779-3080

Attorneys for Defendant

WE CONSENT

s/ Dave Maxfield
David A. Maxfield

TROTTER & MAXFIELD, ATTORNEYS
1701 Richland Street
Columbia, South Carolina 29201
(803) 799-6000

Attorneys for Plaintiffs